ACCEPTED
03-15-00285-CV
6769364
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 3:46:00 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/2/2015 3:46:00 PM

JEFFREY D. KYLE
Clerk

September 2, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
209 West 14th Street, Room 101
Austin, Texas  78701

**RE:** **CASE NO. ~~03-25-00285-CV~~** 03-15-00285-CV
**Volkswagen Group of America, Inc. And Audi of America, Inc. v. John Walker, III, in his Official Capacity as Chairman of the Texas Department of Motor Vehicles Board, and the Honorable Michael J. O'Malley and the Honorable Penny A Wilkov, in their Official Capacities as Administrative Law Judges for the State Office of Administrative Hearings**

Dear Mr. Kyle:

Please be advised that I will be on vacation from Friday, October 2 through Monday, October 5, 2015.

Should the Court decide to grant oral argument in the above-referenced appeal, I respectfully request that the argument not be set during those dates.

Yours Truly,


*/s/ Dennis M. McKinney*
Dennis M. McKinney
Assistant Attorney General
*Counsel for Appellee John Walker, III.*

cc:    S. Shawn Stephens
        Billy M. Donley
        William R. Crocker
        J. Bruce Bennett
        Kimberly Fuchs


Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov